ORIGINAL

9872002

US MARSHALS SERVICE N/TX
FORT WORTH, TX

2015 AUG 12 PM 1: 16

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 2 5 2015
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:15-MJ- |
| CALEB SMITH (02) | |

## WARRANT FOR ARREST

**TO:** The United States Marshal and
Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **CALEB SMITH**, and bring him forthwith to the nearest available magistrate to answer a Complaint charging him with Conspiracy to Possess a Controlled Substance with Intent to Distribute, in violation of 21 U.S.C. § 846.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this the 12th day of August, 2015.

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at   Parker Co. So   .

| DATE RECEIVED: Aug 12, 2015 | NAME AND TITLE OF ARRESTING OFFICER: Kevin K. Brown | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: Aug 25, 2015 | | |